# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **CHARLES E. BROWN**, | ) |
| and | ) Case No. 05 CV 00986 |
| **SANDRA TOINEETA** | ) |
| | ) Judge Gaughan |
| *Plaintiffs,* | ) |
| v. | ) |
| **UNITED CHURCH OF CHRIST** | ) |
| *Defendant.* | ) |

## STIPULATED DISMISSAL ENTRY

Plaintiffs Charles Brown and Sandra Toineeta and Defendant United Church of Christ, by their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, each party to bear its own costs.  The parties agree that the U.S. District Court, Northern District of Ohio will retain jurisdiction over this Agreement pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994).

/s/ Patricia A. Gaughan
United States District Judge    9/16/05

Respectfully submitted,

s/Amy S. Glesius
Amy S. Glesius (0067162)
aglesius@glesiuslaw.com

The Law Office of Amy S. Glesius, LLC
1360 West 9th Street, Suite 310
Cleveland, Ohio 44113
(216) 241-6882
FAX (216) 373-0045

Attorney for Plaintiffs

s/David T. Andrews
David T. Andrews (0062064)
dandrews@rbslaw.com

Ross, Brittain & Schonberg Co., L.P.A.
6000 Freedom Square Drive, Suite 540
Cleveland, OH 44131
(216) 447-1551
FAX (216) 447-1551

Attorney for Defendant